AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BOARD OF COMMISSIONERS OF
CHEROKEE COUNTY, KANSAS

V.

DIRK KEMPTHORNE, in his official
capacity as the SECRETARY OF THE
INTERIOR

and the

UNITED STATES DEPARTMENT OF
THE INTERIOR

**SUMMONS IN A CIVIL CASE**

CASE NUM

Case: 1:08-cv-00317
Assigned To : Lamberth, Royce C.
Assign. Date : 2/25/2008
Description: TRO/PI

TO: (Name and address of Defendant)

Michael B. Mukasey, US Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JONATHAN L. ABRAM
Hogan & Hartson LLP
555 13th Street
Washington, DC  20004

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

FEB 2 5 2008

DATE

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Board of Commissioners of Cherokee County, Kansas

vs.

Dirk Kempthorne, in his official capacity as the Secretary of the Interior, et al.

No. 1:08-CV-00317 RCL

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

   I, WESLEY JENNINGS, having been duly authorized to make service of the Summons; Consent to Proceed Before a United States Magistrate Judge for all Purposes; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; Civil Cover Sheet; Complaint for Declaratory and Injunctive Relief; Plaintiff Board of Commissioners of Cherokee County's Motion for Preliminary Injunction; Plaintiff Board of Commissioners of Cherokee County's Memorandum in Support of Motion for Preliminary Injunction; [Proposed] Order; Table of Contents for Appendix of Exhibits; and Exhibits 1 - 4 in the above entitled case, hereby depose and say:

   That my date of birth / age is 03-01-1980.

   That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

   That service was made by a private process server.

   That I am not a party to or otherwise interested in this suit.

   That at 10:50 am on February 26, 2008, I served Michael B. Mukasey, US Attorney General at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Sandra Carter, Mail Clerk, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    48
 HEIGHT-    6'1"
   HAIR-    BLACK/BROWN
 WEIGHT-    175
   RACE-    BLACK
```

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  2-26-08
             Date

WESLEY JENNINGS
1827 18th Street, NW
Washington, DC 20009
Our File#- 202378