IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOARD OF COMMISSIONERS OF<br>CHEROKEE COUNTY, KANSAS<br><br>        Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:08-cv-00317-RCL<br>)  Judge Royce C. Lamberth<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

     Pursuant to Local Rules 83.6 and 83.2(e) of United States District Court for the District of Columbia, please enter the following appearance as counsel on behalf of the Federal Defendants:

     Gina L. Allery                                                             [Regular mail]
     U.S. Department of Justice
     Environment & Natural Resources Div.
     Indian Resources Section
     P.O. Box 44378
     Washington, D.C. 20026-4378
     (202) 305-0261 (telephone)
     (202) 305-0271 (fax)

Indian Resources Section                                     [Overnight Mail]
601 D Street, N.W., Room 3507
Washington, D.C. 20004

                                                                 Respectfully submitted,
                                                                      /s/
                                                                    GINA L. ALLERY
                                                                    DC Bar #485903

Dated: February 27, 2008

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOARD OF COMMISSIONERS OF ) <br> CHEROKEE COUNTY, KANSAS ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:08-cv-00317-RCL <br> Judge Royce C. Lamberth |

### Certificate of Service

I hereby certify that on February 27, 2008, I electronically filed the foregoing **Notice of Appearance** with the Clerk of the District Court using its CM/ECF system, which notified the following CM/ECF participant:

Jonathan Abram
HOGAN & HARTSON L.L.P.
555 13th Street, NW
Washington, DC 20004-1109
(202) 637-5600
Fax: (202) 637-5910
Email: jlabram@hhlaw.com

/s/
Gina L. Allery
Trial Attorney
United States Department of Justice
Environment and Natural Resources
Division
Indian Resources Section
P.O. Box 44378
L'Enfant Plaza Station
Washington, D.C. 20026-4378
(202) 305-0261
Gina.Allery@usdoj.gov