CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOARD OF COMMISSIONERS OF<br>CHEROKEE COUNTY, KANSAS<br><br>Plaintiff<br><br>v.<br><br>DIRK KEMPTHORNE, et al.<br><br>Defendant | Civil Case Number 08-0317 (RWR)<br><br>Category    D |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on March 3, 2008 from Judge Royce C. Lamberth to Judge Richard W. Roberts by direction of the Calendar Committee.

(Randomly reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:  Judge Lamberth & Courtroom Deputy
Judge Roberts & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk