UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BOARD OF COMMISSIONERS OF CHEROKEE COUNTY, KANSAS<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity as the Secretary of the Interior, *et al.*,<br><br>Defendants. | Civil Action No. 08-0317 (RCL) |

FILED

MAR - 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

I hereby recuse.

_____     _____
United States District Judge Royce C. Lamberth          Date (3/3/08)