# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BOARD OF COMMISSIONERS OF CHEROKEE COUNTY, KANSAS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:08-cv-00317-RWR |
| KEMPTHORNE, et al., | ) ) | Judge Richard W. Roberts |
| Defendants. | ) ) ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rules 83.2(e) and 83.6 of the United States District Court for the District of Columbia, please enter the following appearance as counsel on behalf of the Defendants:

Amy S. Tryon                                    [Regular mail]
U.S. Department of Justice
Environment & Natural Resources Div.
Indian Resources Section
P.O. Box 44378
L'Enfant Plaza Station
Washington, D.C.  20026-4378
(202) 353-8596 (telephone)
(202) 305-0271 (fax)
Amy.Tryon@usdoj.gov

Indian Resources Section                         [Overnight Mail]
601 D Street NW, Room 3013
Washington, DC  20004

Dated:  March 17, 2008

Respectfully submitted,

AMY S. TRYON