IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOARD OF COMMISSIONERS OF ) <br> CHEROKEE COUNTY, KANSAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEMPTHORNE, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 1:08-cv-00317-RWR <br> Judge Richard W. Roberts |

**UNITED STATES'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING**

Defendants, the United States, respectfully request an extension of time to file an answer or other responsive pleading in this matter on or before May 28, 2008.

In support of this motion, the Defendants state as follows:

1. Undersigned counsel has authorization from Plaintiff's counsel to state that this motion is unopposed;

2. Currently, an answer or other responsive pleading is due April 28, 2008;

3. The Motion for Preliminary Injunction filed by Plaintiff on February 25, 2008, has been fully briefed by both sides;

4. The United States requires an additional 30 days to allow the Department of the Interior adequate time to complete compiling and to certify the administrative record. Counsel for the United States also requires this additional time to review the record and to prepare the appropriate responsive pleading.

WHEREFORE, the United States respectfully requests an extension of time to file its answer or other responsive pleading on or before May 28, 2008.

Dated: April 18, 2008

                                           Respectfully submitted,

                                           AMY S. TRYON
                                           <u>Trial Attorney</u>
                                           U.S. Department of Justice
                                           Environment and Natural Resources Division
                                           Indian Resources Section
                                           P.O. Box 44378
                                           L'Enfant Plaza Station
                                           Washington, DC 20026-4378
                                           (202) 353-8596
                                           amy.tryon@usdoj.gov

<u>OF COUNSEL</u>:
MARIA WISEMAN
United States Department of the Interior
Office of the Solicitor
Washington, DC

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOARD OF COMMISSIONERS OF<br>CHEROKEE COUNTY, KANSAS,<br><br>        Plaintiff,<br><br>v.<br><br>KEMPTHORNE, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:08-cv-00317-RWR<br>)  Judge Richard W. Roberts<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**
**GRANTING THE UNITED STATES'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING**

Upon consideration of the United States's Unopposed Motion for Extension of Time, it is hereby ORDERED that the United States's answer or other responsive pleading is due on or before May 28, 2008.


Dated:_____, 2008        _____

                                                                                    Hon. Richard W. Roberts
                                                                                     United States District Judge
                                                                                     District of Columbia

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOARD OF COMMISSIONERS OF<br>CHEROKEE COUNTY, KANSAS,<br><br>        Plaintiff,<br><br>v.<br><br>KEMPTHORNE, et al.,<br><br>        Defendants. | Case No. 1:08-cv-00317-RWR<br>Judge Richard W. Roberts |

**Certificate of Service**

    I hereby certify that on April 18, 2008, I electronically filed the foregoing **Motion for Extension of Time** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant in this case:

Jonathan Abram
HOGAN & HARTSON L.L.P.
555 13th Street, NW
Washington, DC 20004-1109
(202) 637-5600
Fax: (202) 637-5910
Email: jlabram@hhlaw.com


        /s/
AMY S. TRYON
<u>Trial Attorney</u>
U.S. Department of Justice
Environment and Natural Resources Division
Indian Resources Section
P.O. Box 44378
L'Enfant Plaza Station
Washington, DC 20026-4378
(202) 353-8596
amy.tryon@usdoj.gov