IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BOARD OF COMMISSIONERS OF
CHEROKEE COUNTY, KANSAS**,

                           Plaintiff,

v.

**DIRK KEMPTHORNE, et al.**,

                           Defendants.

Case No. 1:08-cv-00317-RWR
Judge Richard W. Roberts

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiff Board of Commissioners of Cherokee County, Kansas, respectfully requests an extension of time to file its response to Defendants' Motion to Dismiss plainitff's amended complaint on or before July 28, 2008.

In support of this motion, Plaintiff states as follows:

1. Defendants' counsel consents to Plaintiff's requested extension of time. Defendant's counsel requested that Plaintiff ask the Court to set August 11, 2008 as the deadline for Defendants' reply brief.

2. The current deadline to file its reponse is July 8, 2008.

3. This is Plaintiff's first request for an extension of time in this action.

4.      The requested additional time will allow Plaintiff's counsel to meet pre-existing professional obligations in other matters, adequately review the Administrative Record Defendants filed on June 23, 2008, and prepare Plaintiff's responsive brief.

WHEREFORE, Plaintiff respectfully requests the Court grant its request for an extension of time to file its response to Defendants' motion to dismiss on or before July 28, 2008, and to set August 11, 2008 as the deadline for Defendants' reply brief.

Dated: July 3, 2008

Respectfully submitted,

s/Jonathan L. Abram
Jonathan L. Abram, D.C. Bar No. 389896
jlabram@hhlaw.com
Audrey E. Moog, D.C. Bar No. 468600
amoog@hhlaw.com

HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C.  20004–1109
(202) 637-5600 (Telephone)
(202) 659-5910 (Facsimile)

David Cooper
dcooper@fisherpatterson.com
FISHER, PATTERSON, SAYLOR & SMITH, LLP
3550 SW 5th Street
Topeka, KS 66601
(785) 232-7761 (Telephone)
(785) 232-6604 (Facsimile)

\\\DC - 023312/000002 - 2752777 v1

CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2008, I electronically filed the foregoing Unopposed Motion for Extension of Time with the Clerk of the District Court using its CM/ECF system, which provides electronic notification to the CM/ECF participants in this case including:

>Amy Tryon
>Amy.tryon@usdoj.gov

>s/Audrey E. Moog
>Counsel for Plaintiff Board of Commissioners of
>Cherokee County, Kansas

\\\DC - 023312/000002 - 2752777 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BOARD OF COMMISSIONERS OF
CHEROKEE COUNTY, KANSAS**,

                Plaintiff,

v.

**DIRK KEMPTHORNE, et al.**,

                Defendants.

Case No. 1:08-cv-00317-RWR
Judge Richard W. Roberts

[PROPOSED] ORDER
GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

On consideration of Plaintiff Board of Commissioners of Cherokee County's Unopposed Motion for Extension of Time, it is hereby ORDERED that the motion is GRANTED. Plaintiff's response to Defendants' Motion to Dismiss is due on or before July 28, 2008, and Defendants' reply is due on or before August 11, 2008.

Dated: _____, 2008

                                                                                                              _____
Hon. Richard W. Roberts
United States District Judge
District of Columbia